

# NUMBER 13-13-00332-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CITY OF MCALLEN,                                      **Appellant,**

**v.**

SUZANNE LEWIS AND NELSON
LEWIS, JOSE SALAS, DON
DESHAZO, RUTH BOSTICH,
AND ANGELICA VELA,                              **Appellees.**

## On appeal from the 389th District Court
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellant, the City of McAllen, perfected an accelerated appeal from an order entered by the 389th District Court of Hidalgo County, Texas denying appellant's plea to the jurisdiction in cause number C-0790-13-H. Appellant has filed a motion to voluntarily

dismiss its appeal under rule 42.1(a)(1) on grounds that issues affecting this appeal have been raised by appellees in a second amended petition filed during the pendency of the appeal. Appellant requests that this Court dismiss the appeal so it may address those issues in the trial court.

The Court, having considered the documents on file and appellant's motion to voluntarily dismiss the appeal,[1] is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal will not prevent any party from seeking relief to which it would otherwise be entitled. *See id.* Appellant's motion to dismiss is therefore granted, and the appeal is hereby DISMISSED. Because there is no agreement between the parties, costs are taxed against appellant. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the 13th
day of February, 2014.

---

[1] Appellant's motion indicates that appellees oppose the motion to dismiss. The Court requested a response from appellees to appellant's motion, but more than an adequate period of time has passed and appellees have filed no response.